# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XXIII CAPITAL LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DECADE, S.A.C., LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-01770-GMN-BNW<br><br>**ORDER** |

Presently before the court is plaintiff XXIII Capital Limited's motion to compel discovery (ECF No. 1), filed on September 12, 2018. The motion is currently unopposed. This case was reassigned to the undersigned on May 3, 2019.

XXIII seeks an order compelling non-party J. Lynn Elliott to produce documents requested by XXIII's subpoena, which was served on Elliott in June of 2018. XXIII represents to the court that Elliott had various objections to the subpoena and that XXIII and Elliott attempted in good faith to resolve this dispute over the course of several meet-and-confer conferences, but the parties were unable to do so, resulting in this motion. Elliot has not responded to the motion. The motion does not indicate it was served on Elliott, who is a non-party and therefore would not have received electronic service of the motion through the court's electronic filing system. Before taking further action on this motion, the court will require XXIII to serve the motion on Elliott and file proof of that service by June 25, 2019.

IT IS SO ORDERED.

DATED: June 11, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE