# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XXIII CAPITAL LIMITED, | Case No. 2:18-cv-01770-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| DECADE, S.A.C., LLC, et al., | |
| Defendants. | |

On June 21, 2019, plaintiff XXIII Capital Limited filed a Notice of Voluntary Dismissal Without Prejudice (ECF No. 8) under Federal Rule of Civil Procedure 41(a)(1). Given plaintiff's voluntary dismissal of this case, the court will deny plaintiff's motion to compel discovery (ECF No. 1) without prejudice.

IT IS SO ORDERED.

DATED: June 24, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE